ROBERT S. BREWER, JR.
United States Attorney
BRANDON J. KIMURA
Assistant U.S. Attorney
California Bar No. 241220
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9614

Attorneys for the United States

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 20CR3778-BAS |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO UNSEAL CASE AS TO DEFENDANT JOSE BUSTAMANTE** |
| v. | |
| JOSE BUSTAMANTE | |
| Defendant. | |

    The United States, by and through its counsel, Roberts S. Brewer, Jr., United States Attorney, and Brandon J. Kimura, Assistant U.S. Attorney, applies to the Court for an Order unsealing the case as to Jose Bustamante in the above-captioned matter.

DATED: January 26, 2021    Respectfully Submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/Brandon J. Kimura
BRANDON J. KIMURA
Assistant U.S. Attorney